UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL RIEDY HARDEN,

        Plaintiff,

v.

SCHOOLCRAFT COLLEGE,

        Defendant.
_____/

Case No. 2:25-cv-10947

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER ADJOURNING
RULE 16 SCHEDULING CONFERENCE**

NOW COME the parties, by and through their respective counsel, and hereby stipulate to adjourn the scheduling conference scheduled for May 14, 2025, at 10:00 a.m. (via Teams) to a date, to be determined by the court, after May 21, 2025. Said stipulation is requested due to a pre-paid, planned vacation scheduled for counsel for Defendant, Mr. Fleury, from May 13, 2025, to May 20, 2025.

**Accordingly, IT IS HEREBY ORDERED** that the Scheduling Conference (ECF No. 10) scheduled for May 14, 2025, at 10:00 a.m., is adjourned to **June 4, 2025, at 10 a.m.**

        **SO ORDERED.**

        s/ Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: April 28, 2025

1